UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SHENGWEI WANG,

Plaintiff,

v.

SCOTT VELEZ, Acting New York District Director, U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General of the United States; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and NATIONAL BENEFITS CENTER, U.S. Citizenship and Immigration Services,

Defendants.

-----------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No. 26-cv-4195

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
October 14, 2026

JIA LAW GROUP, P.C.
*Counsel for Plaintiff*
88 Pine Street
18th Floor
New York, New York 10005

By: */s/ Jason Jia*
Jason Jia, Esq.
(347) 897-6199
jason.jia@jiaesq.com

Dated: Brooklyn, New York
October 14, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Geoffrey M. Stannard*
Geoffrey M. Stannard
Assistant U.S. Attorney
(718) 254- 6229
geoffrey.stannard@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 10/15/2026

/ s / Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**